FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0593

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0593

_____

LANCE MILLION,

      Claimant, Objector,
      and Appellant,

    v.                           O R D E R

STATE OF MONTANA, ATTORNEY
GENERAL,

      Objectors and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Russ McElyea, Chief Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022